# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

William Travis Hookham, Federal ID No 3855334

Admission date: August, 22, 2023

Dated August 30, 2023, at Houston, Texas.

*Nathan Ochsner* (signature)

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk

